**1116**

### W. C. HOLDER v. STATE. (No. 13325.)

Court of Criminal Appeals of Texas. Jan. 29, 1930.

I. Mack Wood, of Waco, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Theft of an automobile is the offense; punishment fixed at confinement in the penitentiary for a period of 2½ years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

### Elnora JACKSON v. STATE. (No. 13210.)

Court of Criminal Appeals of Texas. Jan. 15, 1930.

Thos. C. Turnley, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is robbery; punishment fixed at confinement in the penitentiary for a period of five years.

The trial appears to have been upon an indictment in proper form and regularly presented. Before this court there is no statement of the evidence heard; nor is there complaint, by bill of exceptions or otherwise, of the ruling of the trial court. No fundamental error has been pointed out or perceived.

The judgment is affirmed.

### Johnny McGEE v. STATE. (No. 13323.)

Court of Criminal Appeals of Texas. Jan. 29, 1930.

Reynolds & Heare, of Shamrock, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Transporting intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### R. E. MOON v. STATE. (No. 13322.)

Court of Criminal Appeals of Texas. Jan. 22, 1930.

See, also, 18 S.W.(2d) 635.

Jack Allen, of Perryton, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for murder; punishment, two years in the penitentiary.

Appellant has filed with the record in this case his affidavit, requesting that his appeal be abated. The request is granted, and the appeal will be dismissed, upon request of the appellant.

### Fred PRICHARD v. STATE. (No. 12911.)

Court of Criminal Appeals of Texas. Jan. 22, 1930.

Sturgeon, Birmingham & Sturgeon, of Paris, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction was for transporting intoxicating liquor; punishment being one year in the penitentiary.

It has been made known to the court by proper affidavit that appellant has died since his appeal to this court was perfected.

It is therefore ordered that the appeal be abated.

### Jimmy RAGSDALE v. STATE. (No. 12974.)

Court of Criminal Appeals of Texas. Jan. 29, 1930.

Chaney & Parmeter, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is misdemeanor theft; punishment fixed at confinement in the county jail for a period of 365 days.

The complaint and information appear regular. No statement of facts accompanies the record. No complaints of the rulings of the trial court are brought forward by bills of exceptions or otherwise.

The judgment is affirmed.